**Tal HAREL, Petitioner,**

v.

**DEPARTMENT OF the INTERIOR, Respondent.**

No. 2008–3282.

United States Court of Appeals, Federal Circuit.

Aug. 1, 2008.

ON MOTION

*ORDER*

Tal Harel moves for reconsideration of the court's July 24, 2008, order dismissing his petition for review for failure to file a Fed. Cir. R. 15(c) Statement Concerning Discrimination.

Petitioner has now submitted a Rule 15(c) statement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's July 24, 2008 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before September 9, 2008.